IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR132 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| DARNELL RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 10th day of August, 2005, on the Motion of the Defendant for an order to seal certain document. (Filing No. ___)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal Certain Document shall be filed under seal.

Dated this 10th day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge