IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR132 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| DARNELL RUSSELL, | ) ) | |
| Defendant. | ) | |

Defendant Darnell Russell appeared before the court on September 11, 2007 on a Petition for Summons for Offender Under Supervision [56]. The defendant was represented by Assistant Federal Public Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Frederick Franklin. The defendant denies the allegations of the petition. The defendant's oral motion to continue disposition is granted. The government did not move for detention.

IT IS ORDERED:

1. A supervised release in hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m., on November 9, 2007.** Defendant must be present in person.

2. The defendant is released on the same terms and conditions as previously imposed.

Dated this 12th day of September, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge