**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:05CR132** |
| vs. ) | |
| ) | **ORDER** |
| **DARNELL L. RUSSELL,** ) | |
| Defendant. ) | |

Defendant Darnell L. Russell appeared before the court on Tuesday, December 18, 2007 on an Amended Petition for Warrant or Summons for Offender Under Supervision [64]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government moved for detention. A detention hearing and preliminary examination were held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Bataillon.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 3, 2008 at 3:30 p.m.** Defendant must be present in person.

2 The defendant, Darnell L. Russell, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 19th day of December, 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge